| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>6/11/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, . Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. Trustee (non-compensated) | College Success Foundation (non-profit organization); beginning approximately 11/01/01. (formerly known as Washington Education Foundation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 18 A 10: 33 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Part-time self employment as guardian ad litem |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College Success Foundation (formerly Washington Education Foundation) | January 9-10, 2007 | Seattle | Board Meeting | Mileage, lodging and food. |
| 2. | " " // | May 29-30, 2007 | Seattle | Board Meeting | Mileage, lodging and food. |
| 3. | " " // | September 18-19, 2007 | Alderbrook Manor | Board Meeting | Mileage, lodging and food |
| 4. | University of Idaho | November 2-3, 2007 | Moscow, Idaho | Moot Court | Mileage, lodging and food. |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2. Raleigh Energy Corp. | | None | J | W | | | | | |
| 3. American Bar Endowment | E | Int./Div. | P1 | T | | | | | |
| 4. US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5. Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6. American Express Bond Fund | A | Interest | K | T | | | | | |
| 7. Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 8. Equitable | A | Interest | K | T | | | | | |
| 9. Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 10. Management Acct. #1 | | | | | | | | | |
| 11. -Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 12. -Conocophillips | A | Dividend | J | T | Partial Sale | 8/15 | J | A | |
| 13. -EOG Resources | A | Dividend | J | T | | | | | |
| 14. -HSBC Holdings PLC | A | Dividend | J | T | Partial Sale | 8/6-12/3 | J | A | |
| 15. -Heineken | A | Dividend | J | T | | | | | |
| 16. -Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 17. -Aon, Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,01 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -American Express Co. | A | Dividend | J | T | | | | | |
| 19.   -BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy | 2/26, 2/27 | J | | |
| 21.   -Berkshire Hathaway | | None | J | T | | | | | |
| 22.   -Block H & R, Inc. | A | Dividend | J | T | | | | | |
| 23.   -Cadbury Schweppes | | None | | | Sale | 1/5 | J | A | |
| 24.   -Canon, Inc. | A | Dividend | J | T | | | | | |
| 25.   -Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 26.   -Costco Whsl Corp. | A | Dividend | J | T | | | | | |
| 27.   -Credit Suisse Group | A | Dividend | J | T | Partial Sale | 4/5, 11/2 | J | A | |
| 28.   -Danske Bank | A | Dividend | J | T | Partial Sale | 2/27 | J | A | |
| 29. | | | | | Buy | 10/15 | J | | |
| 30.   -Dell, Inc. | | None | J | T | | | | | |
| 31. | | | | | Buy | 7/18 | J | | |
| 32.   -Devon Energy Corp. | A | Dividend | J | T | | | | | |
| 33.   -Diageo PLC | A | Dividend | J | T | Partial Sale | 12/6 | J | A | |
| 34.   -ENI S P A | A | Dividend | J | T | Partial Sale | 2/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 12/5 | J | | |
| 36.  -Glaxosmithkline PLC-ADR | A | Dividend | J | T | PartialSale | 10/12, 11/9 | J | A | |
| 37.  -Hershey Foods Corp. | A | Dividend | | | | | | | |
| 38. | | | | | Sale | 2/7 | J | A | |
| 39.  -Iron Mtn, Inc., PA | | None | J | T | | | | | |
| 40.  -KAO Corp-Sponsored ADR | | None | | | Sale | 4/11 | J | A | |
| 41.  -Lloyds TSB Group, PLC (X) | A | Dividend | J | T | Partial Sale | 11/13 | J | A | |
| 42.  -Loews, Corp. | A | Dividend | J | T | | | | | |
| 43.  -Microsoft, Corp. | A | Dividend | J | T | | | | | |
| 44.  -Moody's Corp. | A | Dividend | J | T | | | | | |
| 45.  -JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 46.  -Nestle S A Reg ADR | A | Dividend | J | T | Partial Sale | 5/7- 11/27 | J | A | |
| 47.  -Nokia Corp. Sponsored ADR | A | Dividend | J | T | Partial Sale | 6/12- 9/19 | J | A | |
| 48.  -Nomura Holdings, Inc. | | None | | | Sale | 2/27, 11/12 | J | A | |
| 49.  -Progressive Corp. Ohio | A | Dividend | J | T | | | | | |
| 50.  -Royal Dutch Pete Co. | A | Dividend | J | T | Partial Sale | 2/26 | J | | |
| 51.  -SANOFI-AVENTIS ADR | A | Dividend | J | T | Buy | 5/31- 11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Sealed Air Corp. New | A | Dividend | J | T | | | | | |
| 53. -Societe Gen. Fr. Spon. ADR. | A | Dividend | J | T | | | | | |
| 54. -Total S.A. Spons. ADR | A | Dividend | J | T | | | | | |
| 55. -Transatlantic Hldgs, Inc. | A | Dividend | J | T | | | | | |
| 56. -Tyco Intl. Ltd. New | A | Dividend | J | T | Buy | 7/18 | J | | |
| 57. -Unilever PLC Spons. ADR F | A | Dividend | J | T | | | | | |
| 58. | | | | | Buy | 1/5- 11/13 | J | A | |
| 59. -Vodafone Group Spons ADR | A | Dividend | J | T | Partial Sale | 7/20 | J | A | |
| 60. | | | | | Buy | 4/13, 4/16 | J | | |
| 61. -Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 62. -American Intl Group, Inc. | A | Dividend | J | T | | | | | |
| 63. -Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 64. -Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 65. -Mitsubishi Financial ADR | A | Dividend | J | T | Buy | 5/15- 10/23 | J | | |
| 66. -TNT NV-ADR | A | Dividend | J | T | Partial Sale | 4/23, 4/27 | J | A | |
| 67. | | | | | Buy | 10/17 | J | | |
| 68. -Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Zurich Financial Svcs ADR | A | Dividend | J | T | Partial Sale | 4/5, 6/11 | J | A | |
| 70. -Wells Fargo Company | A | Dividend | J | T | | | | | |
| 71. -Ameriprise Financial, Inc. | A | Dividend | J | T | | | | | |
| 72. -Novaritis AG | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy | 2/26 | J | | |
| 74. -Comcast Corp. | | None | J | T | | | | | |
| 75. -Aegon NV | | None | J | T | Partial Sale | 7/23 | J | A | |
| 76. -Anadarko Petroleum Corp. | | None | J | T | | | | | |
| 77. -Anglo American PLC Spons ADR | | None | | | Sale | 2/26- 6/19 | J | A | |
| 78. -Autodesk Inc. | | None | J | T | | | | | |
| 79. -BAE Systems Place | | None | J | T | Partial Sale | 8/10- 10/19 | J | A | |
| 80. -BASF AG Sponsored ADR | | None | J | T | Partial Sale | 3/5, 9/5 | J | A | |
| 81. -BCE Inc. | | None | | | Sale | 4/17- 8/8 | J | A | |
| 82. -Biogen Idec, Inc. | | None | J | T | Partial Sale | 12/10 | J | B | |
| 83. -Broadcom Corp. | | None | J | T | | | | | |
| 84. -CVS Caremark Corp. | | None | J | T | | | | | |
| 85. -Cemex S.A.B DE C.C ADR | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 12/7 | J | | |
| 87. -Charming Shoppes Inc. | | None | J | T | | | | | |
| 88. -Cheung Kong Hldings ADR | | None | J | T | Partial Sale | 11/7 | J | A | |
| 89. -Ericsson TEL-SP ADR | A | Dividend | J | T | | | | | |
| 90. -Eisai Company LTD | A | Dividend | J | T | | | | | |
| 91. -Encana Corp. | A | Dividend | J | T | Partial Sale | 8/10 | J | A | |
| 92. -Forest Labs Inc. | | None | J | T | | | | | |
| 93. | | | | | Buy | 9/6 | J | | |
| 94. -Fujifilm Hldgs Corp ADR | | None | J | T | Partial Sale | 9/5 | J | A | |
| 95. -Genzyme Corporation | | None | J | T | | | | | |
| 96. -Grant Prideco Inc. | | None | J | T | | | | | |
| 97. -Hutchison Whampoa ADR | A | Dividend | J | T | | | | | |
| 98. | | | | | Buy | 9/5, 10/15 | J | | |
| 99. -Ing Groep NV | | None | | | Sold | 11/12 | J | | |
| 100. -Kingfisher PLC-Spons | A | Dividend | J | T | | | | | |
| 101. | | | | | Buy | 1/31, 2/1 | J | | |
| 102. -Koninklijke Philips Electrs NV | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -Korea Elec Pwr Corp. | | None | | | Sale | 1/29-4/11 | J | A | |
| 104. -KT Corp. SP ADR | | None | | | Sale | 1/31-2/23 | J | | |
| 105. -L-3 Communications Hldgs. Inc. | A | Dividend | J | T | | | | | |
| 106. -Lehman Bros. Holdings | A | Dividend | J | T | | | | | |
| 107. -Liberty Global Inc. SER A | | None | J | T | | | | | |
| 108. -Liberty Media Interactive A | | None | J | T | | | | | |
| 109. -Liberty Media CAP SER A (X) | | None | J | T | Buy | 11/10 | J | | |
| 110. -Micron Technology Inc. | | None | J | T | | | | | |
| 111. | | | | | Buy | 7/27 | J | | |
| 112. -Millenium Pharmaceuticals Inc. | | None | J | T | | | | | |
| 113. -National Australia Bank LTD | | None | J | T | Sale | 2/28, 5/21 | J | A | |
| 114. -News Corp Inc. | A | Dividend | J | T | | | | | |
| 115. -Nippon Telegraph & Telephone Corp. | A | Dividend | J | T | | | | | |
| 116. -Pall Corp. | A | Dividend | J | T | | | | | |
| 117. -Procter & Gamble CO. | A | Dividend | J | T | | | | | |
| 118. -Reed Elsevier PLC-Spons | A | Dividend | J | T | | | | | |
| 119. -Repsol YPF S.A. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Sandisk Corporation | | None | J | T | | | | | |
| 121. | | | | | Buy | 1/31 | J | | |
| 122.  -Seagate Technology | A | Dividend | J | T | | | | | |
| 123.  -Sony Corp. | A | Dividend | J | T | | | | | |
| 124.  -Sprint Nextel Corp. | A | Dividend | J | T | | | | | |
| 125.  -Statoilhydro ASA | A | Dividend | J | T | | | | | |
| 126. | | | | | Buy | 2/25, 4/16 | J | | |
| 127.  -Stora Enso OYJ ADR | A | Dividend | | | | | | | |
| 128. | | | | | Sale | 4/5- 10/4 | J | A | |
| 129.  -Taiwan Semiconductor MFG Co. | A | Dividend | J | T | | | | | |
| 130.  -Thomson Spon ADR | | None | J | T | | | | | |
| 131.  -Toyota Mtr Corp. ADR | A | Dividend | J | T | | | | | |
| 132. | | . | | | Buy | 9/27 | J | | |
| 133.  -Unitedhealth Group Inc. | A | Dividend | J | T | | | | | |
| 134.  -UPM-Kymmene Corp. | A | Dividend | J | T | | | | | |
| 135.  -Wachovia Corp. | A | Dividend | J | T | | | | | |
| 136.  -Weatherford Intl Ltd. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cnooc LTD-ADR (X) | | None | | | Buy | 12/15 | J | | |
| 138. | | | | | Sale | 10/23 | J | A | |
| 139. -Kraft Foods Inc., CLA (X) | | None | | | Buy | 8/23/ 2004 | J | | |
| 140. | | | | | Sale | 5/9 | J | A | |
| 141. -Barrick Gold Corp. | A | Dividend | J | T | Buy | 7/24- 8/16 | J | | |
| 142. -Canadian Natural Resources LTD | A | Dividend | J | T | Buy | 12/17 | J | | |
| 143. -Covidien LTD (X) | A | Dividend | J | T | Buy | 8/23/ 2004 | J | | |
| 144. -Denso Corporation ADR | A | Dividend | J | T | Buy | 6/13 | J | | |
| 145. -Embraer Empresa Brasilera De Aeronautica | | None | J | T | Buy | 4/9- 12/12 | J | | |
| 146. -Gazprom O A O | A | Dividend | J | T | Buy | 12/13 | J | | |
| 147. -Kookmin Bank SPONS ADR | A | Dividend | J | T | Buy | 2/16 | J | | |
| 148. -Nissan Mtr Ltd Spons-ADR | A | Dividend | J | T | Buy | 12/14 | J | | |
| 149. -Nitto Denko Corp ADR | A | Dividend | J | T | Buy | 6/12 | J | | |
| 150. -NTT DOCOMO INC ADR | A | Dividend | J | T | Buy | 8/10- 8/15 | J | | |
| 151. -Perusahaan Perseroan Persero PT | A | Dividend | J | T | Buy | 2/21 | J | | |
| 152. -Petroleo Brasileiro - SPON ADR | | None | J | T | Buy | 10/23 | J | | |
| 153. -Publicis Group - S A | A | Dividend | J | T | Buy | 8/16- 12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Teva Pharmaceutical | A | Dividend | J | T | Buy | 3/21-12/12 | J | | |
| 155. -Transocean Inc. NEW (X) | | None | J | T | Buy | 5/30, 2006 | J | | |
| 156. -Tyco Electronics LTD. (X) | A | Dividend | J | T | Buy | 8/23/07 11/10/0 | J | | |
| 157. | | | | | Buy | 7/18 | J | | |
| 158. Management Acct. #1A (See note 8, page 18) | | | | | | | | | |
| 159. -General Electric Co. | A | Int./Div. | J | T | | | | | |
| 160. -J.P. Morgan Chase 7%CAP X | A | Int./Div. | J | T | | | | | |
| 161. -CA St Econ 5% 7/1/2010 | A | Int./Div. | J | T | | | | | |
| 162. -Delaware 5.25% 4/1/2009 | A | Int./Div. | K | T | | | | | |
| 163. -FHLMC 5.75% 4/15/08 | A | Int./Div. | J | T | | | | | |
| 164. -Tenn VY 5.375% 11/13/08 | A | Int./Div. | J | T | | | | | |
| 165. -Washington St. Pub. Pwr Supply Sys Nuclear PJ | A | Int./Div. | K | T | | | | | |
| 166. -Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 167. -Deere & Co. | A | Int./Div. | J | T | | | | | |
| 168. -Exxon Mobil Corp. | A | Int./Div. | J | T | | | | | |
| 169. -Blackrock Lg. Cap Growth Fund CLI (formally Merrill Lynch) | A | Int./Div. | J | T | | | | | |
| 170. -Blackrock Lg. Cap Value Fund CLI (Formerly Merrill Lynch) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 172. -J.P. Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 173. -Tyco, Intl Ltd. | A | Int./Div. | J | T | | | | | |
| 174. -Covidien LTD | A | Dividend | J | T | Buy | 12/07 | J | | |
| 175. IRA #1 | B | Int./Div. | L | T | | | | | |
| 176. -Calamos Growth FD CL A | | | J | T | | | | | |
| 177. -Causeway Intl. Value-Ins. | | | | | Sale | 5/16-9/25 | J | B | |
| 178. -Cambiar Opportunity Fd | | | J | T | Partial Sale | 4/26 | J | A | |
| 179. -FMI Focus Fund | | | J | T | | | | | |
| 180. -Hotchkis & Wiley MD CP-1 | | | J | T | | | | | |
| 181. -Julius Baer Intl. Eq. Cl. I | | | J | T | Partial Sale | 1/19, 4/20 | J | A | |
| 182. -Kinetics Sm. Cap. Opptys | | | J | T | | | | | |
| 183. -Legg Mason Value Trust | | | J | T | | | | | |
| 184. -Royce Total Return Fd. | | | J | T | | | | | |
| 185. -TCW Galileo Sel Eqtys-1 | | | J | T | Partial Sale | 3/20 | J | A | |
| 186. -TCW Galileo Vlu Opp. FD 1 | | | | | Sale | 6/5 | J | A | |
| 187. -Kinetics Paradigm Fund | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -DWS Dreman Small Cap | | | J | T | | | | | |
| 189.  -Alger Small Cap Ret. Fund | | | J | T | | | | | |
| 190.  -Blackrock Funds Large Cap Value Fund | | | J | T | | | | | |
| 191.  -Columbia Funds TR Fd. | | | J | T | Buy | 3/20, 4/26 | J | | |
| 192.  -Dodge & Cox INTL Fd. | | | J | T | Buy | 9/26 | J | | |
| 193.  -Fidelity Advisor SER 1 Fd. | | | J | T | Buy | 6/6 | J | | |
| 194.  -Goldman Sachs TR Fd. | | | J | T | Buy | 4/26 | J | | |
| 195.  -Quantitative Group FDS | | | J | T | Buy | 5/16 | J | | |
| 196.  -RS INVT TR Fd. | | | J | T | Buy | 6/6 | J | | |
| 197.  IRA #2 | B | Int./Div. | L | T | | | | | |
| 198.  -Calamos Groth Fd Cl A | | | J | T | | | | | |
| 199.  -Causeway Intl Value-INS | | | | | Sale | 5/16- 9/25 | J | B | |
| 200.  -Cambiar Opportunity Fd | | | J | T | Partial Sale | 4/26 | J | A | |
| 201.  -FMI Focus Fund | | | J | T | | | | | |
| 202.  -Hotchkis & Wiley Md CP-1 | | | J | T | | | | | |
| 203.  -Julius Baer Intl. Eq. Cl -1 | | | J | T | Partial Sale | 1/19, 4/20 | J | A | |
| 204.  -Kinetics Sm. Cap. Opptys. | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -Legg Mason Value Trust | | | J | T | | | | | |
| 206.  -Royce Total Return FD | | | J | T | | | | | |
| 207.  -TCW Galileo Sel Eqtys-1 | | | J | T | Partial Sale | 3/20 | J | A | |
| 208.  -TCW Galileo Vlu Opp. FD 1 | | | | | Sale | 6/5 | J | A | |
| 209.  -DWS Dreman Small Cap Value | | | J | T | | | | | |
| 210.  -Alger Small Cap Retirement Fund | | | J | T | | | | | |
| 211.  -Blackrock Funds Large Cap Value Fund | | | J | T | | | | | |
| 212.  -Kinetics Paradigm Fund | | | J | T | | | | | |
| 213.  -Columbia Funds TR Fd. | | | J | T | Buy | 3/20, 4/26 | J | | |
| 214.  -Dodge & Cox INTL Fd. | | | J | T | Buy | 9/26 | J | | |
| 215.  -Fidelity Advisor SER I Fd. | | | J | T | Buy | 6/6 | J | | |
| 216.  -Goldman Sachs TR Fd. | | | J | T | Buy | 4/26 | J | | |
| 217.  -Quantitative Group FDS | | | J | T | Buy | 5/16 | J | | |
| 218.  -RS INVT TR Fd. | | | J | T | Buy | 6/6 | J | | |
| 219.  Management Acct. #2 | | | | | | | | | |
| 220.  -Cohen & Steers Realty Shares, Inc. | A | Dividend | J | T | | | | | |
| 221.  -Julius Baer Intl Eq CL I | A | Dividend | J | T | Partial Sale | 11/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Pimco Fds Pac Invt | A | Dividend | J | T | | | | | |
| 223. -Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 224. -Rydex Dynamic Tempst 500 | A | Dividend | J | T | | | | | |
| 225. -Rydex Energy Svcs Invs | A | Dividend | J | T | | | | | |
| 226. -Vanguard Inter-Term Bond | B | Dividend | J | T | | | | | |
| 227. -Vanguard Index-Smallcap Stock | A | Dividend | J | T | | | | | |
| 228. -Vanguard Mid-Cap Index I | A | Dividend | J | T | | | | | |
| 229. -Vanguard Prec Met & Mng FD | A | Dividend | J | T | Partial Sale | 10/5-12/31 | J | A | |
| 230. -Vanguard/Windsor II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 6/11/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 6, line 41 -- Inadvertently listed twice in 2006 report, once at page 9, line 23 and again at page 15, line 171. Duplicate entry has been deleted in 2007 report.

2. Page 10, line 109 -- stock inadvertently omitted from 2006 report.

3. Page 11, line 137 -- stock inadvertently omitted from 2006 report.

4. Page 12, line 139 -- stock inadvertently omitted from prior year reports.

5. Page 12, line 143 -- stock inadvertently omitted from 2006 report.

6. Page 13, line 155 -- stock inadvertently omitted from 2006 report.

7. Page 13, line 156 -- stock inadvertently omitted from prior year reports.

8. Page 13, line 158 -- assets shown in Management Account #1A were included as part of Management Accout #1 for the 2006 calendar year. Because these two related but seperate accounts bear different numbers, they have been shown separately for the 2007 calendar year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R | 2. Court or Organization<br><br>U.S. District Court, EDWA | 3. Date of Report<br><br>04/18/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2726<br>Yakima, WA 98907-2726 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member (non-compensated) | College of Liberal Arts, Washington State University; beginning 9/00 |
| 2. Trustee (non-compensated) | College Success Foundation (non-profit organization); beginning approximately 11/01/01. (formerly known as Washington Education Foundation) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 25 A 11: 56 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 2007 | Part-time self employment as guardian ad litem |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | College Success Foundation (formerly Washington Education Foundation) | January 9-10, 2007 | Seattle | Board Meeting | Mileage, lodging and food. |
| 2. | " "    "    - | May 29-30, 2007 | Seattle | Board Meeting | Mileage, lodging and food. |
| 3. | " "    " | September 18-19, 2007 | Alderbrook Manor | Board Meeting | Mileage, lodging and food |
| 4. | University of Idaho | November 2-3, 2007 | Moscow, Idaho | Moot Court | Mileage, lodging and food. |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wash. Mutual Savings Bank, (Account) | A | Interest | K | T | | | | | |
| 2.  Raleigh Energy Corp. | | None | J | W | | | | | |
| 3.  American Bar Endowment | E | Int./Div. | Pl | T | | | | | |
| 4.  US Bank, (Account) | A | Intereset | K | T | | | | | |
| 5.  Union Elevator & Warehouse Company (Stock) | A | Dividend | J | W | | | | | |
| 6.  American Express Bond Fund | A | Interest | K | T | | | | | |
| 7.  Real property in Yakima held with others | E | Rent | M | W | | | | | |
| 8.  Equitable | A | Interest | K | T | | | | | |
| 9.  Northwestern Mutual Life Insurance Company | B | Int./Div. | K | T | | | | | |
| 10.  Management Acct. #1 | | | | | | | | | |
| 11.  -Altria Group, Inc. | A | Dividend | J | T | | | | | |
| 12.  -Conocophillips | A | Dividend | J | T | Partial Sale | 8/15 | J | A | |
| 13.  -EOG Resources | A | Dividend | J | T | | | | | |
| 14.  -HSBC Holdings PLC | A | Dividend | J | T | Partial Sale | 8/6- 12/3 | J | A | |
| 15.  -Heineken | A | Dividend | J | T | | | | | |
| 16.  -Occidental Pete Corp. | A | Dividend | J | T | | | | | |
| 17.  -Aon, Corp. | A | Dividend | J | T | | | | | - |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -American Express Co. | A | Dividend | J | T | | | | | |
| 19.  -BP PLC SPONS ADR | A | Dividend | J | T | | | | | |
| 20. | | | | | Buy | 2/26, 2/27 | J | | |
| 21.  -Berkshire Hathaway | | None | J | T | | | | | |
| 22.  -Block H & R, Inc. | A | Dividend | J | T | | | | | |
| 23.  -Cadbury Schweppes | | | | | Sale | 1/5 | J | A | |
| 24.  -Canon, Inc. | A | Dividend | J | T | | | | | |
| 25.  -Citigroup, Inc. | A | Dividend | J | T | | | | | |
| 26.  -Costco Whsl Corp. | A | Dividend | J | T | | | | | |
| 27.  -Credit Suisse Group | A | Dividend | J | T | Partial Sale | 4/5, 11/2 | J | A | |
| 28.  -Danske Bank | A | Dividend | J | T | Partial Sale | 2/27 | J | A | |
| 29. | | | | | Buy | 10/15 | J | | |
| 30.  -Dell, Inc. | | None | J | T | | | | | |
| 31. | | | | | Buy | 7/18 | J | | |
| 32.  -Devon Energy Corp. | A | Dividend | J | T | | | | | |
| 33.  -Diageo PLC | A | Dividend | J | T | Partial Sale | 12/6 | J | A | |
| 34.  -ENI S P A | A | Dividend | J | T. | Partial Sale | 2/26 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 12/5 | J | | |
| 36. -Glaxosmithkline PLC-ADR | A | Dividend | J | T | PartialSale | 10/12, 11/9 | J | A | |
| 37. -Hershey Foods Corp. | A | Dividend | | | | | | | |
| 38. | | | | | Sale | 2/7 | J | A | |
| 39. -Iron Mtn, Inc., PA | | None | J | T | | | | | |
| 40. -KAO Corp-Sponsored ADR | | None | | | Sale | 4/11 | J | A | |
| 41. -Lloyds TSB Group, PLC (X) | A | Dividend | J | T | Partial Sale | 11/13 | J | A | |
| 42. -Loews, Corp. | A | Dividend | J | T | | | | | |
| 43. -Microsoft, Corp. | A | Dividend | J | T | | | | | |
| 44. -Moody's Corp. | A | Dividend | J | T | | | | | |
| 45. -JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 46. -Nestle S A Reg ADR | A | Dividend | J | T | Partial Sale | 5/7- 11/27 | J | A | |
| 47. -Nokia Corp. Sponsored ADR | A | Dividend | J | T | Partial Sale | 6/12- 9/19 | J | A | |
| 48. -Nomura Holdings, Inc. | | None | | | Sale | 2/27, 11/12 | J | A | |
| 49. -Progressive Corp. Ohio | A | Dividend | J | T | | | | | |
| 50. -Royal Dutch Pete Co. | A | Dividend | J | T | Partial Sale | 2/26 | J | | |
| 51. -SANOFI-AVENTIS ADR . | A | Dividend | J | T | Buy | 5/31- 11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny **R** | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Sealed Air Corp. New | A | Dividend | J | T | | | | | |
| 53.  -Societe Gen. Fr. Spon. ADR. | A | Dividend | J | T | | | | | |
| 54.  -Total S.A. Spons. ADR | A | Dividend | J | T | | | | | |
| 55.  -Transatlantic Hldgs, Inc. | A | Dividend | J | T | | | | | |
| 56.  -Tyco Intl. Ltd. New | A | Dividend | J | T | Buy | 7/18 | J | | |
| 57.  -Unilever PLC Spons. ADR F | A | Dividend | J | T | | | | | |
| 58. | | | | | Buy | 1/5- 11/13 | J | A | |
| 59.  -Vodafone Group Spons ADR | A | Dividend | J | T | Partial Sale | 7/20 | J | A | |
| 60. | | | | | Buy | 4/13, 4/16 | J | | |
| 61.  -Vulcan Materials Co. | A | Dividend | J | T | | | | | |
| 62.  -American Intl Group, Inc. | A | Dividend | J | T | | | | | |
| 63.  -Cardinal Health, Inc. | A | Dividend | J | T | | | | | |
| 64.  -Harley Davidson, Inc. | A | Dividend | J | T | | | | | |
| 65.  -Mitsubishi Financial ADR | A | Dividend | J | T | Buy | 5/15- 10/23 | J | | |
| 66.  -TNT NV-ADR | A | Dividend | J | T | Partial Sale | 4/23, 4/27 | J | A | |
| 67. | | | | | Buy | 10/17 | J | | |
| 68.  -Wal-Mart Stores, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Zurich Financial Svcs ADR | A | Dividend | J | T | Partial Sale | 4/5, 6/11 | J | A | |
| 70. -Wells Fargo Company | A | Dividend | J | T | | | | | |
| 71. -Ameriprise Financial, Inc. | A | Dividend | J | T | | | | | |
| 72. -Novaritis AG | A | Dividend | J | T | | | | | |
| 73. | | | | | Buy | 2/26 | J | | |
| 74. -Comcast Corp. | | None | J | T | | | | | |
| 75. -Aegon NV | | None | J | T | Partial Sale | 7/23 | J | A | |
| 76. -Anadarko Petroleum Corp. | | None | J | T | | | | | |
| 77. -Anglo American PLC Spons ADR | | . | | | Sale | 2/26- 6/19 | J | A | |
| 78. -Autodesk Inc. | | None | J | T | | | | | |
| 79. -BAE Systems Place | | None | J | T | Partial Sale | 8/10- 10/19 | J | A | |
| 80. -BASF AG Sponsored ADR | | None | J | T | Partial Sale | 3/5, 9/5 | J | A | |
| 81. -BCE Inc. | | None | | | Sale | 4/17- 8/8 | J | A | |
| 82. -Biogen Idec, Inc. | | None | J | T | Partial Sale | 12/10 | J | B | |
| 83. -Broadcom Corp. | | None | J | T | | | | | |
| 84. -CVS Caremark Corp. | | None | J | T | | | | | |
| 85. -Cemex S.A.B DE C.C ADR | | None | J | T | | | | | . |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Buy | 12/7 | J | | |
| 87. -Charming Shoppes Inc. | | None | J | T | | | | | |
| 88. -Cheung Kong Hldings ADR | | None | J | T | Partial Sale | 11/7 | J | A | |
| 89. -Ericsson TEL-SP ADR | A | Dividend | J | T | | | | | |
| 90. -Eisai Company LTD | A | Dividend | J | T | | | | | |
| 91. -Encana Corp. | A | Dividend | J | T | Partial Sale | 8/10 | J | A | |
| 92. -Forest Labs Inc. | | None | J | T | | | | | |
| 93. | | | | | Buy | 9/6 | J | | |
| 94. -Fujifilm Hldgs Corp ADR | | None | J | T | Partial Sale | 9/5 | J | A | |
| 95. -Genzyme Corporation | | None | J | T | | | | | |
| 96. -Grant Prideco Inc. | | None | J | T | | | | | |
| 97. -Hutchison Whampoa ADR | A | Dividend | J | T | | | | | |
| 98. | | | | | Buy | 9/5, 10/15 | J | | |
| 99. -Ing Groep NV | | None | | | Sold | 11/12 | J | | |
| 100. -Kingfisher PLC-Spons | A | Dividend | J | T | | | | | |
| 101. | | | | | Buy | 1/31, 2/1 | J | | |
| 102. -Koninklijke Philips Electrs NV | A | Dividend | J | T - | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Korea Elec Pwr Corp. | | | | | Sale | 1/29- 4/11 | J | A | |
| 104. -KT Corp. SP ADR | | None | | | Sale | 1/31- 2/23 | J | | |
| 105. -L-3 Communications Hldgs. Inc. | A | Dividend | J | T | | | | | |
| 106. -Lehman Bros. Holdings | A | Dividend | J | T | | | | | |
| 107. -Liberty Global Inc. SER A | | None | J | T | | | | | |
| 108. -Liberty Media Interactive A | | None | J | T | | | | | |
| 109. -Liberty Media CAP SER A (X) | | None | J | T | Buy | 11/10 | J | | |
| 110. -Micron Technology Inc. | | None | J | T | | | | | |
| 111. | | | | | Buy | 7/27 | J | | |
| 112. -Millenium Pharmaceuticals Inc. | | None | J | T | | | | | |
| 113. -National Australia Bank LTD | | None | J | T | Sale | 2/28, 5/21 | J | A | |
| 114. -News Corp Inc. | A | Dividend | J | T | | | | | |
| 115. -Nippon Telegraph & Telephone Corp. | A | Dividend | J | T | | | | | |
| 116. -Pall Corp. | A | Dividend | J | T | | | | | |
| 117. -Procter & Gamble CO. | A | Dividend | J | T | | | | | |
| 118. -Reed Elsevier PLC-Spons | A | Dividend | J | T | | | | | |
| 119. -Repsol YPF S.A. - | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Sandisk Corporation | | None | J | T | | | | | |
| 121. | | | | | Buy | 1/31 | J | | |
| 122.  -Seagate Technology | A | Dividend | J | T | | | | | |
| 123.  -Sony Corp. | A | Dividend | J | T | | | | | |
| 124.  -Sprint Nextel Corp. | A | Dividend | J | T | | | | | |
| 125.  -Statoilhydro ASA | A | Dividend | J | T | | | | | |
| 126. | | | | | Buy | 2/25, 4/16 | J | | |
| 127.  -Stora Enso OYJ ADR | A | Dividend | | | | | | | |
| 128. | | | | | Sale | 4/5- 10/4 | J | A | |
| 129.  -Taiwan Semiconductor MFG Co. | A | Dividend | J | T | | | | | |
| 130.  -Thomson Spon ADR | | None | J | T | | | | | |
| 131.  -Toyota Mtr Corp. ADR | A | Dividend | J | T | | | | | |
| 132. | | | | | Buy | 9/27 | J | | |
| 133.  -Unitedhealth Group Inc. | A | Dividend | J | T | | | | | |
| 134.  -UPM-Kymmene Corp. | A | Dividend | J | T | | | | | |
| 135.  -Wachovia Corp. | A | Dividend | J | T | | | | | |
| 136.  -Weatherford Intl Ltd. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| . Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Cnooc LTD-ADR (X) | | None | | | Buy | 12/15 | J | | |
| 138. | | | | | Sale | 10/23 | J | A | |
| 139. -Kraft Foods Inc., CLA (X) | | None | | | Buy | 8/23/ 2004 | J | | |
| 140. | | | | | Sale | 5/9 | J | A | |
| 141. -Barrick Gold Corp. | A | Dividend | J | T | Buy | 7/24- 8/16 | J | | |
| 142. -Canadian Natural Resources LTD | A | Dividend | J | T | Buy | 12/17 | J | | |
| 143. -Covidien LTD (X) | A | Dividend | J | T | Buy | 8/23/ 2004 | J | | |
| 144. -Denso Corporation ADR | A | Dividend | J | T | Buy | 6/13 | J | | |
| 145. -Embraer Empresa Brasilera De Aeronautica | | None | | | Buy | 4/9- 12/12 | J | | |
| 146. -Gazprom O A O | A | Dividend | J | T | Buy | 12/13 | J | | |
| 147. -Kookmin Bank SPONS ADR | A | Dividend | J | T | Buy | 2/16 | J | | |
| 148. -Nissan Mtr Ltd Spons-ADR | A | Dividend | J | T | Buy | 12/14 | J | | |
| 149. -Nitto Denko Corp ADR | A | Dividend | J | T | Buy | 6/12 | J | | |
| 150. -NTT DOCOMO INC ADR | A | Dividend | J | T | Buy | 8/10- 8/15 | J | | |
| 151. -Perusahaan Perseroan Persero PT | A | Dividend | J | T | Buy | 2/21 | J | | |
| 152. -Petroleo Brasileiro - SPON ADR | | None | | | Buy | 10/23 | J | | |
| 153. -Publicis Group - S A | A | Dividend | J | T | Buy | 8/16- 12/18 | J | | . |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Teva Pharmaceutical | A | Dividend | J | T | Buy | 3/21- 12/12 | J | | |
| 155. -Transocean Inc. NEW (X) | | None | | | Buy | 5/30, 2006 | J | | |
| 156. -Tyco Electronics LTD. (X) | A | Dividend | J | T | Buy | 8/23/04 11/10/06 | J | | |
| 157. | | | | | Buy | 7/18 | J | | |
| 158. Management Acct. #1A (See note 8, page 18) | | | | | | | | | |
| 159. -General Electric Co. | A | Int./Div. | J | T | | | | | |
| 160. -J.P. Morgan Chase 7%CAP X | A | Int./Div. | J | T | | | | | |
| 161. -CA St Econ 5% 7/1/2010 | A | Int./Div. | J | T | | | | | |
| 162. -Delaware 5.25% 4/1/2009 | A | Int./Div. | K | T | | | | | |
| 163. -FHLMC 5.75% 4/15/08 | A | Int./Div. | J | T | | | | | |
| 164. -Tenn VY 5.375% 11/13/08 | A | Int./Div. | J | T | | | | | |
| 165. -Washington St. Pub. Pwr Supply Sys Nuclear PJ | A | Int./Div. | K | T | | | | | |
| 166. -Citigroup, Inc. | A | Int./Div. | J | T | | | | | |
| 167. -Deere & Co. | A | Int./Div. | J | T | | | | | |
| 168. -Exxon Mobil Corp. | A | Int./Div. | J | T | | | | | |
| 169. -Blackrock Lg. Cap Growth Fund CLI (formally Merrill Lynch) | A | Int./Div. | J | T | | | | | |
| 170. -Blackrock Lg. Cap Value Fund CLI (Formerly Merrill Lynch) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Microsoft Corp. | A | Int./Div. | J | T | | | | | |
| 172. -J.P. Morgan Chase & Co. | A | Int./Div. | J | T | | | | | |
| 173. -Tyco, Intl Ltd. | A | Int./Div. | J | T | | | | | |
| 174. -Covidien LTD | A | Dividend | J | T | Buy | 12/07 | J | | |
| 175. IRA #1 | B | Int./Div. | L | T | | | | | |
| 176. -Calamos Growth FD CL A | | | J | T | | | | | |
| 177. -Causeway Intl. Value-Ins. | | | | | Sale | 5/16-9/25 | J | B | |
| 178. -Cambiar Opportunity Fd | | | J | T | Partial Sale | 4/26 | J | A | |
| 179. -FMI Focus Fund | | | J | T | | | | | |
| 180. -Hotchkis & Wiley MD CP-1 | | | J | T | | | | | |
| 181. -Julius Baer Intl. Eq. Cl. I | | | J | T | Partial Sale | 1/19, 4/20 | J | A | |
| 182. -Kinetics Sm. Cap. Opptys | | | J | T | | | | | |
| 183. -Legg Mason Value Trust | | | J | T | | | | | |
| 184. -Royce Total Return Fd. | | | J | T | | | | | |
| 185. -TCW Galileo Sel Eqtys-1 | | | J | T | Partial Sale | 3/20 | J | A | |
| 186. -TCW Galileo Vlu Opp. FD 1 | | | | | Sale | 6/5 | J | A | |
| 187. -Kinetics Paradigm Fund | | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -DWS Dreman Small Cap | | | J | T | | | | | |
| 189. -Alger Small Cap Ret. Fund | | | J | T | | | | | |
| 190. -Blackrock Funds Large Cap Value Fund | | | J | T | | | | | |
| 191. -Columbia Funds TR Fd. | | | J | T | Buy | 3/20, 4/26 | J | | |
| 192. -Dodge & Cox INTL Fd. | | | J | T | Buy | 9/26 | J | | |
| 193. -Fidelity Advisor SER 1 Fd. | | | J | T | Buy | 6/6 | J | | |
| 194. -Goldman Sachs TR Fd. | | | J | T | Buy | 4/26 | J | | |
| 195. -Quantitative Group FDS | | | J | T | Buy | 5/16 | J | | |
| 196. -RS INVT TR Fd. | | | J | T | Buy | 6/6 | J | | |
| 197. IRA #2 | B | Int./Div. | L | T | | | | | |
| 198. -Calamos Groth Fd Cl A | | | J | T | | | | | |
| 199. -Causeway Intl Value-INS | | | | | Sale | 5/16- 9/25 | J | B | |
| 200. -Cambiar Opportunity Fd | | | J | T | Partial Sale | 4/26 | J | A | |
| 201. -FMI Focus Fund | | | J | T | | | | | |
| 202. -Hotchkis & Wiley Md CP-1 | | | J | T | | | | | |
| 203. -Julius Baer Intl. Eq. Cl -1 | | | J | T | Partial Sale | 1/19, 4/20 | J | A | |
| 204. -Kinetics Sm. Cap. Opptys. | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Legg Mason Value Trust | | | J | T | | | | | |
| 206. -Royce Total Return FD | | | J | T | | | | | |
| 207. -TCW Galileo Sel Eqtys-1 | | | J | T | Partial Sale | 3/20 | J | A | |
| 208. -TCW Galileo Vlu Opp. FD 1 | | | | | Sale | 6/5 | J | A | |
| 209. -DWS Dreman Small Cap Value | | | J | T | | | | | |
| 210. -Alger Small Cap Retirement Fund | | | J | T | | | | | |
| 211. -Blackrock Funds Large Cap Value Fund | | | J | T | | | | | |
| 212. -Kinetics Paradigm Fund | | | J | T | | | | | |
| 213. -Columbia Funds TR Fd. | | | J | T | Buy | 3/20, 4/26 | J | | |
| 214. -Dodge & Cox INTL Fd. | | | J | T | Buy | 9/26 | J | | |
| 215. -Fidelity Advisor SER I Fd. | | | J | T | Buy | 6/6 | J | | |
| 216. -Goldman Sachs TR Fd. | | | J | T | Buy | 4/26 | J | | |
| 217. -Quantitative Group FDS | | | J | T | Buy | 5/16 | J | | |
| 218. -RS INVT TR Fd. | | | J | T | Buy | 6/6 | J | | |
| 219. Management Acct. #2 | | | | | | | | | |
| 220. -Cohen & Steers Realty Shares, Inc. | A | Dividend | J | T | | | | | |
| 221. -Julius Baer Intl Eq CL I | A | Dividend | J | T | Partial Sale | 11/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 -,$100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Pimco Fds Pac Invt | A | Dividend | J | T | | | | | |
| 223.  -Rowe Price Equity Income | A | Dividend | J | T | | | | | |
| 224.  -Rydex Dynamic Tempst 500 | A | Dividend | J | T | | | | | |
| 225.  -Rydex Energy Svcs Invs | A | Dividend | J | T | | | | | |
| 226.  -Vanguard Inter-Term Bond | B | Dividend | J | T | | | | | |
| 227.  -Vanguard Index-Smallcap Stock | A | Dividend | J | T | | | | | |
| 228.  -Vanguard Mid-Cap Index I | A | Dividend | J | T | | | | | |
| 229.  -Vanguard Prec Met & Mng FD | A | Dividend | J | T | Partial Sale | 10/5- 12/31 | J | A | |
| 230.  -Vanguard/Windsor II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R | 04/18/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 6, line 41 -- Inadvertently listed twice in 2006 report, once at page 9, line 23 and again at page 15, line 171. Duplicate entry has been deleted in 2007 report.

2. Page 10, line 109 -- stock inadvertently omitted from 2006 report.

3. Page 11, line 137 -- stock inadvertently omitted from 2006 report.

4. Page 12, line 139 -- stock inadvertently omitted from prior year reports.

5. Page 12, line 143 -- stock inadvertently omitted from 2006 report.

6. Page 13, line 155 -- stock inadvertently omitted from 2006 report.

7. Page 13, line 156 -- stock inadvertently omitted from prior year reports.

8. Page 13, line 158 -- assets shown in Management Account #1A were included as part of Management Accout #1 for the 2006 calendar year. Because these two related but seperate accounts bear different numbers, they have been shown separately for the 2007 calendar year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544